# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-3302

_____

Bruce E. Strauss, Trustee

*Appellee*

v.

Bruce Alan Cole; Nanette H. Cole

*Appellant*s

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: June 29, 2015
Filed: July 6, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this adversary proceeding filed in the Chapter 7 involuntary bankruptcy case
of debtor Mamtek US, Inc., Bruce Cole and Nanette Cole appeal after the bankruptcy

court[1] granted the trustee's motion for summary judgment on claims seeking to avoid certain fraudulent and preferential transfers, and the district court[2] adopted the bankruptcy court's findings and conclusions, and independently granted the trustee's motion. After careful review of the record and the parties' arguments on appeal, see Contemporary Indus. Corp. v. Frost, 564 F.3d 981, 984 (8th Cir. 2009) (standard of review), we conclude that there is no basis for reversal, see Exec. Benefits Ins. Agency v. Arkison, 134 S. Ct. 2165, 2172-75 (2014). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Dennis R. Dow, Chief Judge, United States Bankruptcy Court for the Western District of Missouri.

[2]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.